AO 91 (Rev. 08/09)  Criminal Complaint

AUSA  Kevin Mulcahy 313-226-9713
Special Agent  Jennifer L. Dreskler, 313-965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan



United States of America
v.

Lawrence Steven Brayboy

Case: 2:18-mj-30623
Judge: Unassigned,
Filed: 12-04-2018 At 10:35 AM
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 18, 2016, through the present__ in the county of __Washtenaw, Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 2261A | Stalking |
| 18 U.S.C. sec. 875(c) | Threatening Communications |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Jennifer L. Dreskler, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

_Judge's signature_

Date: __December 4, 2018__

City and state: __Detroit, Michigan__

Mona K. Majzoub, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

## I. INTRODUCTION

I, Jennifer L. Dreskler, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since March 2017. I am currently assigned to the Detroit Field Office. In connection with my official duties, I have investigated federal criminal violations related to public corruption, civil rights, and international human rights. I have gained experience through training and everyday work relating to conducting these types of investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws and I am authorized by the Attorney General to request a warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Lawrence Steven Brayboy** (\*\*/\*\*/1949) for violations of 18 U.S.C. § 2261A (Stalking) and 18 U.S.C. § 875(c) (threatening communications).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other

investigations that I have received from other law enforcement agents, information gathered from the service of administrative subpoenas; independent investigation and analysis by FBI agents/analysts; interviews conducted with victims; and my experience, training, and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary probable cause that Brayboy has violated 18 U.S.C. § 2261A and 18 U.S.C. § 875(c).

## Background of Investigation

### *The Harassing Voicemail and Email Messages*

4. This affidavit, complaint, and arrest warrant are part of an ongoing investigation related to threatening and harassing communications. The FBI received information that members or former members of the editorial staff at the Detroit News and the Detroit Free Press (hereinafter the "Detroit Newspapers") have received repeated threatening communications from the same person. Based on the content of some of these messages, some of the victims understood that the person leaving the voicemail and email messages was Lawrence Steven Brayboy. As explained in more detail below, the investigation has revealed this belief to be true. Most recently, Brayboy has

likewise harassed a local Ann Arbor elected official. The subsequent investigation has revealed hundreds of communications from Brayboy to his various victims. Those communications, and their frequency, are described below.

5. **Victim One.** Victim One is a male writer for the Detroit Newspapers. From October 31, 2017, to October 31, 2018, Victim One received 133 calls from Brayboy on Victim One's work telephone number. Brayboy has left at least 65 voicemail messages for Victim One. Nearly every voicemail message contained sexually violent threats and/or sexually vulgar language directed toward Victim One, Victim One's wife, and/or Victim One's mother. Brayboy referenced Victim One as a 9/11 traitor and that all traitors will be sentenced to death. The following are portions of some of the voicemail messages that Victim One received from Brayboy:

> You can run but you can't hide you fucking traitor, you can run but you can't hide. Five dancing Israelis are gonna pay a visit with your wife in Birmingham. They're gonna give her what you can't give her, a hard dick, a limp dick. 9/11 Princeton pussy terrorist, you're a fucking child molester. Five dancing Israelis are gonna come to Birmingham Michigan and fuck your wife's anal hinny hole, until her anal hinny hole bleeds red, white, and blue. Five dancing Israelis and Dominik Suter fuck your wife, [Victim Two], in the ass while you're at work at the Detroit cocksucker agency. The Jew cocksucker agency. Hey [Victim One], how many Jew cocks do you suck a day. When you applied for your job were you told that your primary function was to be the Jew's whore? Dirty little, child molesting, mass murdering, psychopath. Hey [Victim One], you can run, but you can't hide. We know the truth about what happened on 9/11 and one day all you mother fuckers will be arrested. We're gonna send you to Guantanamo Bay where we're gonna water board and torture you, we'll video tape and document the event, you

3

dirty little fucking, child molesting, mass murdering, psychopath. Hey Victim Two, suck, suck, suck, suck, you dirty fucking whore, you dirty fucking kike, you dirty fucking traitor, fucking bitch.

Hey [Victim One] if Bin Laden took down the towers on 9/11, I fucked your wife and your mother in the ass 911 trillion times, they said it was the greatest ass fuck they ever had in their lives.

You fucking corporate n[*****]. [Victim Six] and [Victim Three] and [Victim Seven], [Victim Five] and [Victim Eight] and [Victim Nine], [Victim Ten] and [Victim Eleven], they all put their fucking fingers, thumbs, hands, wrist and fists in your mother's and wife's asshole while you dance and celebrate and videotape and document the event. . . . Hey [Victim Three] fucked your mother's ass too, while [Victim Six] fucks your mother in the throat. The next time you try to fuck your wife, think about [Victim Six] sticking his black dick down your mother's throat, while [Victim Three's] fucking the shit out of her huh, fucking the shit out of her. After [Victim Three] fucks the shit out of your mother's ass, he pulls his shit covered feces covered dick out of your mother's asshole and he sticks it down your wife's throat, [Victim Two].

[Victim One], the 9/11 traitor, will be exterminated in 9/11 gas chambers.

Halloween, pay close attention to who comes to your house tonight for trick-or-treat.

[Victim One] and [Victim Two] live in Birmingham, Michigan, real news. . . . Does [Victim One's] neighbors know that [Victim Two] takes the five dancing Israelis jihadi messahdi cock dick prick penis inside her anal hinny hole, inside her anal kike hole? They will in the very near future.

I have reviewed all 65 voicemail messages left on Victim One's phone by Brayboy.

The above captioned transcripts are similar to the language used by Brayboy in nearly all of the voicemail messages.

4

6. **Victim Two.** In the voicemail messages Brayboy left for Victim One, he often referred to Victim One's wife (hereinafter "Victim Two"). Brayboy named Victim Two by name, and referenced the city Victim One and Victim Two currently live in. Brayboy also made reference to other information known about Victim One and Victim Two culled from the various newspaper articles written by Victim One. In an interview with the FBI, Victim Two described the messages received by Victim One as "chilling" and described being upset and afraid after hearing the messages. Victim Two described the caller as persistent, personal, anti-Semitic, and disturbing. The threats seemed real to Victim Two because Brayboy talked about actual physical harm perpetuated on her. The calls frightened Victim Two and she was upset about them. It caused Victim Two to live uncomfortably at home since Brayboy referenced where she lived and because Victim One and Victim Two have a teenage daughter. Victim Two said the recent Annapolis incident made the threats even scarier, especially since Victim One worked in an open office setting at the Detroit Newspapers.

7. **Victim Three.** Victim Three is also a writer for the Detroit Newspapers. Victim Three received voice messages and emails consistently from Brayboy off and on for four or five years. From October 31, 2017, to October 31, 2018, Victim Three received 123 calls from Brayboy on the Editorial Page line number, including nearly 30 voicemail messages. The voice messages and emails referenced 9/11 conspiracy

theories, vulgar sexual language, Victim Three's personal information, that Victim Three should be prosecuted and hanged, and that somebody ought to execute Victim Three. Brayboy also talked about Victim Three's dead mother having sex with the Levin brothers, as in Sander and Carl Levin, and sexual violence directed at minor children related to Victim Three. The following are portions of the voicemail messages that Victim Three received from Brayboy:

> If you had any conscience, if you had any honesty, any integrity, any character you probably should've committed suicide a long time ago. And of course when the real truth comes out about what really happened on 9/11, you're a cooked goose mother fucker, you're a cooked goose mother fucker. Mother fuckers like you are going to be prosecuted and hung for your role in committing treason against we the people of the United States.
>
> I'd like to see at least some of you water boarded and tortured. Boy, I bet it wouldn't take long to get [Victim Three], and [Victim Five], and [Victim Six], and [Victim One], and [Victim Eight], and [Victim Seven] to start squealing like a pig. . . . You people must be held accountable and executed for your crimes against humanity. . . . We're gonna bring the five dancing Israelis and Dominik Suter here to Detroit on the day you people are all hung for treason and we're gonna have the five dancing Israelis and Dominik Suter fuck your anal canals until your anal canals bleed red, white, and blue.
>
> Hey [Victim Three], another day of Jew dick sucking. . . . Kentucky piece of shit. Fuck the Jew, fucking dick. How many Jew dicks fuck you in the ass every day? You let the Jews rape and fuck, fuck and rape your mother and your grandchildren's ass.

I have reviewed 28 voicemail messages left on Victim Three's phone by Brayboy. The above captioned transcripts are similar to the language used by Brayboy in nearly all of the voicemail messages.

6

8.  **Victim Four**.  Victim Four is a female writer for the Detroit Newspapers. Victim Four received five to ten emails per day from Brayboy. Brayboy sent the emails from an email address known to be used by him, to Victim Four's work email address. Victim Four received an email on January 18, 2016, from Brayboy, entitled "Hey [Victim Four] Where Is the OUTRAGE". Victim Four is one of 77 recipients of the email. The following is a portion of the body of the email message:

> To:Detroit Federation of Teachers
> From: Larry Brayboy 9/11 Truth Activist dba Larry Brayboy 9/11 Truth Activist Since November 22 1963 AKA the Rosa Parks of 9/11 Truth in the State of Michigan
> RE:WHERE IS The OUTRAGE
> It is time for the DFT to Call for the ARREST PROSECUTION & EXECUTION Of [Victim Four] [Victim Three] & the Detroit Newspaper Agency for there COVER UP of What Really Happened on 9/11/2001.
> We The People for 9/11 TRUTH JUSTICE & PEACE Can PROVE Beyond ANY Shadow of ANY Doubt that the 9/11/2001 Terrorist Attacks Were: Planned Organized Coordinated Facilitated Engineered Orchestrated Financed Funded Executed & Covered UP by Members of the
> US Government
> Israel
> Saudi Arabia

9.  **Victim Six**.  Victim Six is a male who used to write for the Detroit Newspapers. Victim Six received emails and voicemail message for around ten years from Brayboy. During some points over that ten-year period, Victim Six received around ten emails per day, every day. From June 1, 2017, to June 1, 2018, Victim Six received 69 calls from Brayboy on his work number. In the voicemail messages, Brayboy used Victim

Six's name, the names of Victim Six's two kids, where Victim Six's two kids went to school, and the city where Victim Six and his family lived. Brayboy talked about vile things Victim Six did to his kids or that other people would do to Victim Six's kids. Brayboy specifically talked about anal sex with Victim Six's kids. Victim Six felt the voicemail messages in 2015 and 2016 were even more menacing. The messages felt threatening to Victim Six because Brayboy was talking about his kids. Victim Six stopped working at the Detroit Newspapers in 2018. Around September of 2018, Brayboy began to leave voicemail messages for Victim Six at his two current places of employment.

10.  **Victim Twelve**. Victim Twelve is an elected official in Ann Arbor. Victim Twelve received 34 emails from Brayboy between October 5, 2018, and November 2, 2018. Victim Twelve received an email on November 13, 2018, from Brayboy entitled, "ISRAEL USA BULLIES OF THE WORLD EXTERMINATE THEM IN GAS CHAMBERS @THE WORLD TRADE CENTER OR BETTER YET". Victim Twelve is one of 81 recipients of the email. The following is a portion of the body of the email message:

> EXTERMINATE THEM AT THE 50 YARD LINE OF UM STADIUM AT HALFTIME OF THE MICHIGAN OHIO STATE GAME
> I GUARANTEE THE LARGEST TV AUDIENCE IN HUMAN HISTORY FOR THAT EVENT
> WE CAN CHARGE $911,000 FOR EACH SECOND OF ADVERTISING

11. **Witness One.** Witness One works at a local grocery store that Brayboy frequents often. Witness One first saw Brayboy around five or six years ago. Witness One saw Brayboy just about every day. Brayboy says nasty things about Senators and Victim One in the grocery store, and "gets all worked up." Brayboy says things like, "I hope your wife dies," and "the Jews should all be dead," and "get rid of all the Jews." The things Brayboy said about Victim One concerned Witness One and prompted Witness One to call Victim One to tell him about Brayboy's behavior.

12. **Other victims**. Beyond the email and voicemail communications described above, several other victims have received countless voicemail messages and/or email messages from Brayboy.

### *Identification of the Brayboy*

13. The phone number that called Victim One was \*\*\*-\*\*\*-6484. On July 3, 2018, your Affiant subpoenaed CREDO Mobile for subscriber information. On July 11, 2018, CREDO Mobile responded with the following information:

    Subscriber Name:   Larry Brayboy
    Billing Address:   P.O. Box \*\*\*\*, Ann Arbor, MI 48106
    Length of Service: March 9, 2007 to present
    Type of Service:   Mobile

14. On May 21, 2017, Victim Three received a voice message from Brayboy's phone. The voice message was left by Brayboy and Brayboy's friend. Brayboy's friend

9

further identified the caller as Larry Brayboy. The following is a portion of the voice message:

> I am Larry Brayboy's friend. . . . Larry Brayboy wants to know why you're a crossdressing, anal receiving, dick sucking Jew, fucking n[*****].

15.  The email address used to send the harassing communications provides the name of the user of the account as Larry Brayboy.

16.  Victim Six confirmed that all the emails he received had the name Larry Brayboy in the "from" line of the email. Larry Brayboy's name would also sometimes be displayed in the subject line and/or the first few sentences of the text.

17.  Your Affiant confirms she listened to 87 voice messages left by Brayboy to the various victims in this case. Your Affiant confirms that the language used and the topics covered (including anti-Semitic language, conspiracy theories, and graphic sexual violence) remain consistent throughout the messages. Moreover, the voicemail messages are consistent with Brayboy's YouTube page, an open source article about Brayboy disrupting a 9/11 memorial service, and a YouTube video of Brayboy that were reviewed by Affiant. Your Affiant confirms the driver's license photograph of Brayboy matches the man identified as Larry Brayboy in a YouTube video reviewed by Affiant.

18. Victim Six referenced the same YouTube video as above. Victim Six said the voice of Larry Brayboy from the video was the same voice Victim Six heard on the voice messages he received.

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe Brayboy has intended to harass, intimidate, and threaten members or former members of the editorial staff at the Detroit Newspapers, and immediate family members of the editorial staff and the Detroit Newspapers, in violation of 18 U.S.C. § 2261A and 18 U.S.C. § 875(c).

_____
Special Agent Jennifer Dreskler
Federal Bureau of Investigation

Sworn to me this 4th day of December, 2018

_____
Mona K. Majzoub
United States Magistrate Judge